# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BECHRAN MBAGWU,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-1470** |
| | : | |
| **PPA TAXI & LIMOUSINE DIVISION,** | : | |
| | : | |

## ORDER

**AND NOW**, this 20th day of August, 2021, for the foregoing reasons, Plaintiff's Motion to Remand (ECF No. 7) is **DENIED**.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-1470 Mbagwu v. PPA Taxi & Limo Division\21cv1470 Order 8.20.docx