# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETHRAN MBAGWU**<br>Plaintiff<br><br>v.<br><br>**PPA TAXI & LIMOUSINE DIVISION**<br>Defendant | **CIVIL ACTION NO.**<br>**2:21-cv-01470-MMB** |

## ORDER RE MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 15th day of October 2021, upon consideration of Plaintiff's Second Amended Complaint (ECF 1–4), Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, (ECF 6), Plaintiff's Response in Opposition, (ECF 13), and Defendant's Reply, (ECF14), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Second Amended Complaint is **DISMISSED without prejudice**. Plaintiff may file a third amended complaint within fourteen (14) days of this Order.

        BY THE COURT:

        **/s/ MICHAEL M. BAYLSON**

        **MICHAEL M. BAYLSON**
        **United States District Judge**