# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETHRAN MBAGWU**<br>*Plaintiff*<br><br>v.<br><br>**PPA TAXI & LIMOUSINE DIVISION**<br>*Defendant*. | **CIVIL ACTION NO.**<br>**2:21-cv-01470-MMB** |

## ORDER RE MOTION TO DISMISS FOURTH AMENDED COMPLAINT

**AND NOW**, this 16th day of September 2022, upon consideration of Plaintiff's Fourth Amended Complaint, Defendant's Motion to Dismiss and Strike Plaintiff's Fourth Amended Complaint, Plaintiff's Response in Opposition, and Defendant's Reply, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion as to the warrantless search and seizure is **DENIED** but is otherwise **GRANTED**, and Defendant's Motion to Strike is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Judge**