IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETHRAN MBAGWU,** *Plaintiff*, <br><br> v. <br><br> **PPA TAXI & LIMOUSINE DIVISION,** *Defendant*. | **CIVIL ACTION NO. 2:21-cv-01470-MMB** |

### ORDER RE: MOTIONS FOR SUMMARY JUDGMENT

**AND NOW**, this 19th day of April 2023, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff and Defendant's Motions for Summary Judgment (ECF Nos. 48 & 49) and Plaintiff's Motion to Strike (ECF No. 51) are **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON**
**United States District Judge**