# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETHRAN MBAGWU,** *Plaintiff,*  v.  **PPA TAXI & LIMOUSINE DIVISION,** *Defendant.* | **CIVIL ACTION NO. 2:21-cv-01470-MMB** |

## ORDER RE MOTIONS IN LIMINE

**AND NOW**, this twenty-sixth of June, 2023, having considered Plaintiff's Motion in Limine (ECF 66) and Defendant's Motion in Limine (ECF 65), and having considered the parties' respective filings on these motions, and based on the reasoning set forth in the accompanying memorandum of decision, it is **ORDERED** that both motions are **DENIED** without prejudice.

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON**

**United States District Judge**